UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| JESSICA A. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.: 2017-cv-2326 |
| | ) | |
| PAPA JOHN'S INTERNATIONAL, INC., | ) | |
| PAPA JOHN'S USA, INC., | ) | |
| HH ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant(s). | ) | |

### REVISED JOINT PROPOSED SCHEDULING PLAN

Pursuant to Federal Rules of Civil Procedure 16(b) and 26(f) and this Court's Orders entered on January 11, 2019 and February 28, 2019, Defendants Papa John's International, Inc., Papa John's USA, Inc., represented by Ogletree Deakins, Defendant HH Enterprises, Inc., represented by Scott M. Dempsey, and Plaintiff Jessica A. Williams, represented by Langacker Law, Ltd. have conferred and prepared the following Revised Scheduling Plan:

1. Parties will exchange or supplement initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by April 15, 2019.

2. Plaintiff has proposed extending this deadline until May 15, 2019. Defendant HH Enterprises, Inc. does not oppose this new deadline. Defendants Papa John's International, Inc., and Papa John's USA, Inc., believe that this deadline does not need to be extended given the advanced posture of this litigation.

3. Plaintiff has proposed extending this deadline until May 15, 2019. Defendant HH Enterprises, Inc. does not oppose this new deadline. Defendants Papa John's International, Inc., and Papa John's USA, Inc., believe that this deadline does not need to be extended given the advanced posture of this litigation.

4. Plaintiff shall disclose experts and provide expert reports by June 10, 2019.
Plaintiff shall make any such experts available for deposition by July 8, 2019.

5. Defendants shall disclose experts and provide expert reports by August 12, 2019.
Defendants shall make any such experts available for deposition by September 16, 2019.

6. All discovery, including deposition of experts, is to be completed by <u>October 11, 2019</u>.

7. The deadline for filing case dispositive motions shall be <u>November 8, 2019</u>.

8. The parties anticipate no electronic discovery problems. Any information stored on a computer memory system can be produced in hard copy or on CD or DVD.

9. The parties have agreed:

    a. Any inadvertently disclosed work product or privileged information: Privileged documents will maintain their privilege even if inadvertently disclosed and the receiving party will be obligated to notify the disclosing party and either return or destroy the privileged documents including all copies.

    b. Documents referred to in initial disclosures or Supplemental Disclosures shall be produced or made available.

/s/ Ronald S. Langacker_____
Ronald S. Langacker #6239469
Langacker Law, Ltd.
102 E. Main Street, Suite 100
Urbana, Illinois 61801
(217) 954-1025
(217) 903-5255
ron@langackerlaw.com
*Attorney for Plaintiff*

/s/ Sarah J. Kuehnel_____
Eric A. Todd, #6231350
Sarah Kuehnel, #6301817
7700 Bonhomme Avenue, Suite 650
St. Louis, MO  63105
Telephone: (314) 802-3935
Facsimile: (314) 802-3936
eric.todd@ogletree.com
sarah.kuehnel@ogletree.com
*Attorneys for Defendants Papa John's International, Inc., and Papa John's USA, Inc.*

/s/ Scott M. Dempsey_____
Scott M. Dempsey, #6224775
501 West University Ave.
Champaign, IL 61820
(217) 359-820
(217) 359-9088
Dempsey_scott@hotmail.com
*Attorney for HH Enterprises*

# **O R D E R**

     This Court accepts the discovery calendar itemized above with any noted changes, as well as the additions below.

     The matter is scheduled for a *telephone status conference* before
_____ on _____.

     The matter is scheduled for *final pretrial conference* by personal appearance before
_____ on _____.

     The matter is scheduled for *jury selection/jury trial or bench trial* before
_____ on _____

 

_____
U.S. District Judge

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 25th day of March, 2019, the foregoing was filed via the Court's CM/ECF system, which sent notification of filing to all participants.

                                                */s/ Sarah J. Kuehnel*
                                                Attorneys for Defendants Papa John's International, Inc., and Papa John's USA, Inc.

37571133.1